# CRIMINAL COVERSHEET
## U.S. District Court, Western District of Oklahoma

Petty ☐  Misdemeanor ☐  Felony ✔  USAO No.: _____  Case No.: MJ-23-405-STE

Charging Document: **Complaint**   No. of Defendants: 1   Total No. of Counts: 1   Sealed: Y ☐  N ✔

Forfeiture: Y ☐ N ✔   OCDETF: Y ☐ N ✔   McGirt: Y ☐ N ✔   Warrant ✔   Summons ☐   Notice ☐

Companion Case No. (if any): _____

**DEFENDANT INFORMATION:**   By: kc

| | |
|---|---|
| Name: **TYLER JAY MARSHALL** | |
| Alias(es): | Address: |
| | FBI No.: |
| DOB: 1986   SSN: XXX-XX-0155 | Race: White   Interpreter: Y ☐ N ✔ |
| Sex: M ✔  F ☐   Juvenile: Y ☐ N ✔ | Language/Dialect: English |

**DEFENDANT STATUS/RECOMMENDATION:**       **PRIOR MAGISTRATE JUDGE PROCEEDINGS:**

☐ Not in Custody   ✔ Detention Requested   Complaint: Y ☐ N ✔

☐ Type of Bond: _____   Magistrate Judge Case No.: MJ-

✔ In Custody at: _____   Previously Detained: Y ☐ N ✔

Inmate/Prisoner/Register No.: _____

**ATTORNEY/AGENCY INFORMATION:**

☐ Public Defender   Name: _____   AUSA: Mark R. Stoneman
☐ CJA Panel        Address: _____   Agent/Agency: FBI
☐ Retained         Phone: _____   Local Officer/Agency: _____

## CHARGING DETAILS

| Count(s) | U.S.C. Citation(s) | Offense(s) Charged | Penalty |
|---|---|---|---|
| 1 | 18 U.S.C. § 875(c) | Transmitting in Interstate Commerce a Communication Containing a Threat | NMT 5 years imprisonment, $250,000 fine, o/b; 3 years SR; $100 SA. |

**Signature of AUSA:** s/Mark R. Stoneman   **Date:** 05/19/2023

CLEAR ALL    PRINT FORM    1/22